**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                            **CASE NO.: 2:09-CR-180
JUDGE SMITH
MAGISTRATE JUDGE KEMP**

**STEVEN LINDSEY,**

    **Defendant.**

**ORDER**

On September 20, 2012, the Magistrate Judge issued a Report and Recommendation recommending that the Defendant be sentenced to a term of imprisonment of twenty-four months with no additional term of supervised release (Doc. 34).

The Magistrate Judge held a final supervised release revocation hearing on September 19, 2012. The Defendant stipulated to certain violations of supervised release described in the Probation Officer's report. No evidence was presented at the hearing. Both the Defendant and the Government agreed to a twenty-four month sentence, with no additional term of supervised release. Based on this information, the Magistrate Judge recommended that Defendant's supervised release be revoked and that he be sentenced to twenty-four months imprisonment, with no additional term of supervised release.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and hereby confirms the revocation of Defendant's supervised release. Defendant is sentenced to twenty-four months imprisonment, with no additional term of supervised release to follow.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ George C. Smith*
　　　　　　　　　　　　　　　　　　　　　　　　**GEORGE C. SMITH, JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**